**IN THE COURT OF APPEALS OF THE STATE OF IDAHO**

**Docket No. 45561**

| | |
|---|---|
| STATE OF IDAHO, | ) |
| | ) **Filed:  December 31, 2018** |
| Plaintiff-Respondent, | ) |
| | ) **Karel A. Lehrman, Clerk** |
| v. | ) |
| | ) **THIS IS AN UNPUBLISHED** |
| STEVEN ANTHONY POMRENKE, | ) **OPINION AND SHALL NOT** |
| | ) **BE CITED AS AUTHORITY** |
| Defendant-Appellant. | ) |
| | ) |

Appeal from the District Court of the Fifth Judicial District, State of Idaho, Jerome County.  Hon. G. Richard Bevan, District Judge.

Judgment of conviction and unified sentence of fifteen years, with a minimum period of confinement of five years, for vehicular manslaughter, <u>affirmed</u>.

Eric D. Fredericksen, State Appellate Public Defender; Jason C. Pintler, Deputy Appellate Public Defender, Boise, for appellant.

Hon. Lawrence G. Wasden, Attorney General; Lori A. Fleming, Deputy Attorney General, Boise, for respondent.

_____

Before GRATTON, Chief Judge; GUTIERREZ, Judge;
and LORELLO, Judge

_____

PER CURIAM

Steven Anthony Pomrenke pled guilty to vehicular manslaughter, Idaho Code § 18-4006(3)(b), and driving without privileges, I.C. § 18-8001(3).  The district court imposed a unified sentence of fifteen years, with a minimum period of confinement of five years, for vehicular manslaughter and a concurrent six-month sentence for driving without privileges.  Pomrenke appeals, contending that his sentence for vehicular manslaughter is excessive.

Sentencing is a matter for the trial court's discretion.  Both our standard of review and the factors to be considered in evaluating the reasonableness of the sentence are well established and need not be repeated here.  *See State v. Hernandez*, 121 Idaho 114, 117-18, 822 P.2d 1011, 1014-

1

15 (Ct. App. 1991); *State v. Lopez*, 106 Idaho 447, 449-51, 680 P.2d 869, 871-73 (Ct. App. 1984); *State v. Toohill*, 103 Idaho 565, 568, 650 P.2d 707, 710 (Ct. App. 1982). When reviewing the length of a sentence, we consider the defendant's entire sentence. *State v. Oliver*, 144 Idaho 722, 726, 170 P.3d 387, 391 (2007). Applying these standards, and having reviewed the record in this case, we cannot say that the district court abused its discretion.

Therefore, Pomrenke's judgment of conviction and sentence are affirmed.